CIVIL, CLOSED

# U.S. District Court
## Eastern District of California - Live System (Sacramento)
## CIVIL DOCKET FOR CASE #: 2:06-cv-02826-FCD-KJM
### Internal Use Only

| | |
|---|---|
| Chaney v. Merck & Company, Inc. et al | Date Filed: 12/12/2006 |
| Assigned to: Judge Frank C. Damrell, Jr | Date Terminated: 06/28/2007 |
| Referred to: Magistrate Judge Kimberly J. Mueller | Jury Demand: Defendant |
| Cause: 28:1441 Petition for Removal- Personal Injury | Nature of Suit: 365 Personal Inj. Prod. Liability |
| | Jurisdiction: Diversity |

**Plaintiff**

**Kevin L. Chaney**　　　represented by　**Alissa S. Holt**
Hackard & Holt
11335 Gold Express Drive
Suite 155
Gold River, CA 95670
916-853-3000
Fax: 916-853-3010
Email: aholt@hackardlaw.com
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Andrea J. McNeil**
Hackard and Holt
11335 Gold Express Drive
Suite 155
Gold River, CA 95670
916-853-3000
Fax: 916-853-3010
Email: amcneil@hackardlaw.com
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Theodore Julian Holt**
Hackard and Holt
11335 Gold Express Drive
Suite 155
Gold River, CA 95670
916-853-3000
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

V.

**Defendant**

**Merck & Company, Inc.**  represented by  **Michael K Brown**
Reed Smith LLP
355 South Grand Avenue
Suite 2900
Los Angeles, CA 90071
213-457-8000
Fax: (213) 457-8080
Email: mkbrown@reedsmith.com
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Steven James Boranian**
Reed Smith LLP
Two Embarcadero Center
Suite 2000
San Francisco, CA 94111-4106
415-543-8700 x5980
Email: sboranian@reedsmith.com
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Kevin Michael Hara**
Reed Smith LLP (Oakland)
1999 Harrison Street
Suite 2400
PO Box 2084
Oakland, CA 94612-2084
(510) 466-6761
Fax: (510) 273-8832
Email: khara@reedsmith.com
*ATTORNEY TO BE NOTICED*

**Defendant**

**McKesson Corporation**  represented by  **Kanika D. Corley**
Morris Polich and Purdy
1055 West Seventh Street
24th Floor
Los Angeles, CA 90017
(213) 891-9100
Fax: (213) 488-1178
Email: kcorley@mpplaw.com
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Defendant**

**Amerisourcebergen Corporation**

**Defendant**

| | | | |
|---|---|---|---|
| Pfizer Inc. | | represented by | **Peter Edward Schnaitman**<br>Tucker Ellis and West<br>1000 Wilshire Boulevard<br>Suite 1800<br>Los Angeles, CA 90017-2475<br>213-430-3400<br>Email: peter.schnaitman@tuckerellis.com<br>*LEAD ATTORNEY*<br>*ATTORNEY TO BE NOTICED*<br><br>**Tae-Yoon Kim**<br>Tucker Ellis & West<br>1000 Wilshire Boulevard<br>Suite 1800<br>Los Angeles, CA 90017<br>213-430-3400<br>Fax: 213-430-3409<br>Email: tae.kim@tuckerellis.com<br>*ATTORNEY TO BE NOTICED* |

**Defendant**

**Pharmacia Corporation**          represented by **Peter Edward Schnaitman**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Defendant**

**G. D. Searle LLC**          represented by **Peter Edward Schnaitman**
*formerly known as*          (See above for address)
G. D. Searle and Co.          *LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Defendant**

**Nelini Mehtani**
*M.D.*

| Date Filed | # | Docket Text |
|---|---|---|
| 12/13/2006 | 1 | NOTICE of REMOVAL *Of Action Under 28 U.S.C. Section 1441(B)* from Los Angeles County Superior Court, case number BC359104. by Merck & Company, Inc.(Attachments: # 1 Exhibit A# 2 Exhibit B# 3 Exhibit C-D# 4 Exhibit E-G# 5 Exhibit H# 6 Exhibit I# 7 Exhibit J# 8 Civil Cover Sheet # 9 Attachment to Civil Cover Sheet)(Hara, Kevin) Modified on 12/13/2006 (Duong, D). (Entered: 12/13/2006) |
| 12/13/2006 | 2 | CONSENT to Notice of Removal of Action 1 by Merck & Company, Inc by dfts Pfizer Inc., Pharmacia Corporation, And G. D. Searle LLC . (Hara, Kevin) Modified on 12/13/2006 (Duong, D). (Entered: |

| | | |
|---|---|---|
| | | 12/13/2006) |
| 12/13/2006 | 4 | NOTICE of RELATED CASES 2:05-cv-02140 MCE PAN, 2:05-cv-02199, 2:05-cv-02203, 2:05-cv-02193, 2:05-cv-02240, 2:05-cv-02218, 2:05-cv-02267, 2:05-cv-02436, 2:05-cv-02437, 2:05-cv-02446, 2:05-cv-02464, 2:05-cv-02465, 2:05-cv-02567, 2:05-cv-02568, 2:05-cv-02584, 2:06-cv-00062, 2:05-cv-2609, 2:06-cv-00082, 2:06-cv-2399, 2:06-cv-00241 by Merck & Company, Inc.. *including 2:06-cv-00281; 2:06-cv-00324; 2:06-cv-00330; 2:06-cv-00477; 2:06-cv-0487; 2:06-cv-0583; 2:06-cv-0593; 2:06-cv-0617; 2:06-cv-00653; 2:06-cv-0675; 2:06-cv-0692; 2:06-cv-0690; 2:06-cv-00694; 2:06-cv-0718; 2:06-cv-0728; 2:06-cv-0774; 2:06-cv-01294; 2:06-cv-1313; 2:06-cv-00993; 2:06-cv-01597; 1:06-cv-01006; 2:06-cv-01826; 2:06-cv-1845; 2:06-cv-1941; 2:06-cv-1954; 2:06-cv-1957; 2:06-cv-1973; 2:06-cv-1977; 2:06-cv-1978; 2:06-cv-2079; 2:06-cv-2093; 2:06-cv-2102; 2:06-cv-2103; 2:06-cv-02215; 2:06-cv-2281; 2:06-cv-2284; 2:06-cv-2285; 2:06-cv-2275; 2:06-cv-2283; 2:06-cv-2332; 2:06-cv-2350; 2:06-cv-2362; 2:06-cv-2352; 2:06-cv-2354; 2:06-cv-2348; 2:06-cv-2351; 2:06-cv-2349; 2:06-cv-2346; 2:06-cv-02436; 2:06-cv-02434; 2:06-cv-02431; 2:06-cv-02422; 2:06-cv-02344; 2:06-cv-02473; 2:06-cv-02474; 2:06-cv-02477; 2:06-cv-02471; 2:06-cv-02472; 2:06-cv-02479; 2:06-cv-02480; 2:06-cv-02489, 2:06-cv-02490, 2:06-cv-02473, 2:06-cv-02474, 2:06-cv-02477, 2:06-cv-02471, 2:06-cv-02472, 2:06-cv-02479, 2:06-cv-02512, 2:06-cv-02520, 2:06-cv-02516, 2:06-cv-02518, 2:06-cv-02525, 2:06-cv-02523, 2:06-cv-02546, 2:06-cv-02547, 2:06-cv-02548, 2:06-cv-02559, 2:06-cv-02560, 2:06-cv-02563, 2:06-cv-02568, 2:06-cv-02574, 2:06-cv-02575, 2:06-cv-02598; 2:06-cv-02599; 2:06-cv-02600; 2:06-cv-02601; 2:06-cv-02717; 2:06-cv-02768; 2:06-cv-02776; 2:06-cv-02780; 2:06-cv-02807; 2:06-cv-02787; 2:06-cv-02814; 2:06-cv-02817 and 2:06-cv-02812* (Hara, Kevin) Modified on 12/13/2006 (Duong, D). (Entered: 12/13/2006) |
| 12/13/2006 | | RECEIPT number #205 12064 for $350 for Civil Filing Fee from Louis W. Tullius, Reed Smith [TEXT ONLY]. (Reader, L) (Entered: 12/13/2006) |
| 12/13/2006 | 5 | CIVIL NEW CASE DOCUMENTS ISSUED; (Attachments: # 1 Consent Forms # 2 VDRP Forms) (Reader, L) (Entered: 12/13/2006) |
| 12/14/2006 | 6 | CERTIFICATE of SERVICE by Merck & Company, Inc. re 1 Notice of Removal - ATY,. (Hara, Kevin) (Entered: 12/14/2006) |
| 12/14/2006 | 7 | CERTIFICATE of SERVICE by Merck & Company, Inc. re 5 Civil New Case Documents for FCD. (Hara, Kevin) (Entered: 12/14/2006) |
| 12/14/2006 | 8 | ANSWER to COMPLAINT with Jury Demand by McKesson Corporation. Attorney Corley, Kanika D. added.(Corley, Kanika) (Entered: 12/14/2006) |
| 12/14/2006 | 9 | NOTICE by McKesson Corporation *of Certification and Interested Parties* (Corley, Kanika) Modified on 12/15/2006 (Marciel, M). (Entered: 12/14/2006) |
| 12/21/2006 | 10 | ANSWER to COMPLAINT with Jury Demand by Pfizer Inc.. Attorney |

| | | |
|---|---|---|
| | | Kim, Tae-Yoon added.(Kim, Tae-Yoon) (Entered: 12/21/2006) |
| 12/22/2006 | ●11 | NOTICE of RELATED CASE 2:06-cv-02780, 2:06-cv-02787, 2:06-cv-02807, 2:06-cv-02812, 2:06-cv-02814, 2:06-cv-02817, 2:06-cv-02826, 2:06-cv-02829, 2:06-cv-02830, 2:06-cv-02833, 2:06-cv-02851, 2:06-cv-02853, 2:06-cv-02875 by Merck & Company, Inc.. *Amended* (Hara, Kevin) (Entered: 12/22/2006) |
| 01/10/2007 | ●12 | MOTION to REMAND *and Notice of Motion* by Kevin L. Chaney. Attorney McNeil, Andrea J. added. Motion Hearing set for 3/2/2007 at 10:00 AM in Courtroom 2 (FCD) before Judge Frank C. Damrell Jr.. (Attachments: # 1 Memorandum of Points and Authorities in Support of plaintiffs' Motion to Remand to the Superior Court of the State of California, County of Los Angeles, JCCP 4247# 2 Declaration of Andrea J. McNeil in support of plaintiffs' Motion to Remand to the Superior Court of the State of California, County of Los Angeles, JCCP 4247# 3 Exhibit A - E to the Declaration of Andrea J. McNeil in support of plaintiffs' Motion to Remand to the Superior Court of the State of California, County of Los Angeles, JCCP 4247# 4 Proposed Order granting plaintiffs' Motion to Remand to the Superior Court of the State of California, County of Los Angeles, JCCP 4247)(McNeil, Andrea) Modified on 1/11/2007 (Marciel, M). (Entered: 01/10/2007) |
| 01/15/2007 | ●13 | NOTICE of RELATED CASE 2:07-cv-00034, 2:07-cv-00042, 2:07-cv-00048, 2:07-cv-00051, 2:07-cv-00057, 2:07-cv-00058, 2:07-cv-00062, 2:07-cv-00067, 2:07-cv-00068, 2:07-cv-00075, 2:07-cv-00077, 2:07-cv-00073, 2:07-cv-00079 by Merck & Company, Inc.. *Amended* (Hara, Kevin) (Entered: 01/15/2007) |
| 01/17/2007 | ●14 | NOTICE of RELATED CASE 2:07-cv-00034, 2:07-cv-00042, 2:07-cv-00048, 2:07-cv-00051, 2:07-cv-00057, 2:07-cv-00058, 2:07-cv-00061, 2:07-cv-00067, 2:07-cv-00068, 2:07-cv-00075, 2:07-cv-00077, 2:07-cv-00073, 2:07-cv-00079 by Merck & Company, Inc.. *Amended* (Hara, Kevin) (Entered: 01/17/2007) |
| 01/29/2007 | ●15 | MOTION to STAY *Proceedings pending a decision on Transfer by the Judicial Panel on Multidistrict Litigation* by Merck & Company, Inc.. Motion Hearing set for 3/2/2007 at 10:00 AM in Courtroom 2 (FCD) before Judge Frank C. Damrell Jr.. (Attachments: # 1 Declaration Of Kevin M. Hara # 2 Exhibit A through E to Declaration # 3 Exhibit F through I to Declaration # 4 Proposed Order)(Hara, Kevin) Modified on 1/30/2007 (Marciel, M). (Entered: 01/29/2007) |
| 01/30/2007 | ●16 | MINUTE ORDER: from CRD M. Price for Judge Frank C. Damrell Jr. on 1/30/07 re 15 Dfts' Motion to Stay and 12 Pltf's Motion to Remand - MOOT in light of MDL order dtd 1/25/07. Hearings set for 3/2/07 are VACATED. Motions may be renoticed, if necessary, at a later date. (Attachments: # 1 MDL order, dtd 1/25/07) (Price, M) (Entered: 01/30/2007) |
| 01/30/2007 | ● | SERVICE BY MAIL: 16 Minute Order, served on Theodore Julian Holt (Price, M) (Entered: 01/30/2007) |

| 04/03/2007 | 17 | NOTICE of RELATED CASE 2:07-cv-00623, 2:07-cv-00626 by Merck & Company, Inc.. *Amended* (Hara, Kevin) (Entered: 04/03/2007) |
| 06/28/2007 | 18 | MDL ORDER, CASE TRANSFERRED to USDC Northern District of California. Original file, certified copy of transfer order, and docket sheet sent. CASE CLOSED (Mena-Sanchez, L) (Entered: 06/28/2007) |
| 06/28/2007 | 19 | TRANSMITTAL of DOCUMENTS on *6/28/2007* to * USDC Northern District of California* *450 Golden Gate Avenue* *San Francisco,, CA 94102*. ** *Electronic Documents: Notice of Removal, Transfer order and copy of docket sheet *. (Mena-Sanchez, L) (Entered: 06/28/2007) |